

# MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
———
JOHN J. O'DONNELL
MARK R. OSHEROW*◊□
COUNSEL

WRITER'S EMAIL:
MTHOMAS@MSSSV.COM

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

ADAM I. KLEINBERG
JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD D. KREMIN
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°
MICHAEL V. LONGO
CHRISTOPHER MILLER
MELISSA HOLTZER
JONATHAN ISAACSON^

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
° RESIDENT IN WESTCHESTER
^ NOT YET ADMITTED

October 11, 2007

**Via ECF and Regular Mail**
Hon. Judge Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza – Room 1034
PO Box 9014o
Central Islip, N.Y. 11722-4449

Re: Rohit Mehra, et al. v. The Board of Ed., et al.
    CV 04-0207 (JS)(MLO)

Dear Judge Seybert:

Attached is the Stipulation of Discontinuance With Prejudice in the above-referenced action signed by all parties. We respectfully request that you "So-Order" the Stipulation. A courtesy copy of the Stipulation has also been mailed to you.

Respectfully submitted,
MIRANDA  SOKOLOFF  SAMBURSKY  SLONE
VERVENIOTIS LLP

Maria Thomas

cc:   E. Christopher Murray, Esq.  (via mail)
      Lorna Goodman, Esq.          (via mail)

156402

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ROHIT MEHRA, by his parent and natural guardian,
VIREN MEHRA; GURDEEP SAREEN, by his
parent and natural guardian, BALVINDAR SAREEN,
M.D.; JERRILL MATHEW, by his parent and natural
guardian, THOMAS MATHEW; WESLEY BABU,
by his parent and natural guardian, JAYA BABU;
USMAN MAHER, by his parent and natural guardian,
HAYAT MAHER; ANKIT BUTALA, by his parent
and natural guardian, PRATIBHA BUTALA;
ALOK PAREKH, by his parent and natural guardian,
BHARAT PAREKH; TONY JACOB, by his parent
and natural guardian, SAMUEL JACOB;
DARWIN YOHANNAN, by his parent and
natural guardian, DANIEL YOHANNAN;
JEEVES EAPEN; JOEL JACOB; DENNY SAMUEL;
ROBIN CHERIAN; and BALVINDAR SAREEN, M.D.,

**STIPULATION OF**
**DISCONTINUANCE**
**WITH PREJUDICE**

04 Civ 0207
(JS)(MLO)

       Plaintiffs,

  -against-

THE BOARD OF EDUCATION OF THE HERRICKS
UNION FREE SCHOOL DISTRICT; JOHN
BIERWIRTH, both individually and as Superintendent
of The Herricks Union Free School District;
NASSAU COUNTY; POLICE OFFICER KENNETH
HORDERN, both individually and as a member of the
Nassau County Police Department; POLICE OFFICER
JERRY BOWLING, both individually and as a member
of the Nassau County Police Department; POLICE
OFFICER W. MONTIERO, both individually and as a
member of the Nassau County Police Department;
POLICE OFFICER THOMAS THORPE, both
individually and as a member of the Nassau County
Police Department; SERGEANT JOHN MACLEAN,
both individually and as a member of the Nassau
County Police Department; POLICE OFFICER
LORNA ATMORE, both individually and as a member
of the Nassau County Police Department; POLICE

156402

OFFICER LORETTA C. BRENNAN, both individually
and as a member of the Nassau County Police
Department; SERGEANT G. JOHNSON (Shield
No. 6404), both individually and as a member of the
Nassau County Police Department; SERGEANT
JOHN BUCKLEY, both individually and as a member
of the Nassau County Police Department;
SERGEANT J. PICKERING (Shield No. 6146),
both individually and as a member of the Nassau County
Police Department; and NASSAU COUNTY POLICE
OFFICERS JOHN DOE NO. 9 through JOHN
DOE NO. 15, both individually and as members of
the Nassau County Police Department,

                                                           Defendants.
------------------------------------------------------------------------X

## IT IS HEREBY STIPULATED AND AGREED, by and between E.

Christopher Murray, co-operating attorney for the NYCLU Foundation, attorneys for

plaintiffs, Rohit Mehra, Gurdeep Sareen, Jerrill Matthew, Wesley Babu, Usman Maher,

Ankit Butala, Alok Parekh, Tony Jacob, Darwin Yohannan, Jeeves Eapen, Joel Jacob,

Denny Samuel, Robin Cherian and Balvindar Sareen, M.D.; Miranda Sokoloff

Sambursky Slone Verveniotis, LLP, attorneys for defendants the Board of Education of

the Herricks Union Free School District and John Bierwirth (hereinafter collectively

referred to as "Herricks Defendants"); and Lorna Goodman, Nassau County Attorney,

attorney for defendants Nassau County and Police Officers Kenneth Horden, Jerry

Bowling, W. Montiero, Thomas Thorpe, John MaClean, Lorna Atmore, Loretta C.

Brennan, G. Johnson, John Buckley, J. Pickering, Nassau County Police Officers John

Doe No. 9 through 15 and the County of Nassau (hereinafter collectively referred to as

the "Nassau County Defendants"), that whereas no party is an infant or incompetent

156402

person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, plaintiff shall discontinue this action, with prejudice, and without costs to any party, and defendants shall discontinue any and all Cross-Claims or Counterclaims with prejudice, and without costs to any party. This Stipulation may be executed in counterparts, any of which may be transmitted by facsimile, and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Garden City, New York
      September 12, 2007

**NEW YORK CIVIL LIBERTIES UNION FOUNDATION**

By: _____
    E. Christopher Murray (CM 8980)
Attorneys for Plaintiffs
1305 Franklin Avenue
PO Box 119
Garden City, New York 11530

Dated: Mineola, New York
      September 25, 2007

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP**

By: _____
    Michael A. Miranda (MAM-6413)
Attorneys for Herricks Defendants
200 Mineola Boulevard
Mineola, New York 11501

**LORNA GOODMAN**

By: _____
    Nassau County Attorney (JA 1813)
Attorney for Nassau County Defendants
1 West Street
Mineola, New York 11501